**NORMA A. AGUILAR**
California State Bar No. 211088
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Norma_Aguilar@fd.org

Attorneys for Mr. Copado

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ABRAHAM GARCIA COPADO,<br>Defendant. | Case No. 08MJ8666-PCL<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: July 24, 2008

*/s/ Norma Aguilar*
**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Copado
Norma_Aguilar@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 24, 2008

*/s/ Norma Aguilar*

**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Email: norma_aguilar@fd.org