FILED

AUG 14 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ABRAHAM COPADO (1),<br>Defendant. | Criminal Case No. 08cr2756-BEN<br>INFORMATION<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

The United States Attorney charges:

On or about July 20, 2008, within the Southern District of California, defendant ABRAHAM COPADO, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 55.41 kilograms (121.902 pounds) of marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

DATED: Aug 14, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES for
Assistant U.S. Attorney

JPME:rp:Imperial
8/14/08