AO 455(Rev. 5/85) Waiver of Indictment #9

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

FILED
AUG 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES OF AMERICA

v.

ABRAHAM COPADO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr2756-BEN

I, ABRAHAM COPADO, the above named defendant, who is accused of committing the following offense:

Importation of marijuana and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/14/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x [signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer