# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008 AUG 19 P 3:48 AUG 19 P 3:47

U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Abraham Copado )

CASE NUMBER 08cr2756-BEN

ABSTRACT OF ORDER

Booking No. 09172298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 8/19/08

the Court entered the following order:

X Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

X Defendant released on $ 20,000 P/S bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other. ____

JAN M. ADLER

UNITED STATES MAGISTRATE JUDGE

OR

Received ____
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by RhneRhne
Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

R. Rhone

CLERKS' COPY