**Minutes of the United States District Court**
**Southern District of California**
**MAY 17, 2007**

**HON. JAN M. ADLER** **DEPUTY CLERK: R. RHONE**

TAPE NO. JMA08-01:14:26-14:28

08CR2756-BEN USA vs. ABRAHAM GARCIA COPADO - 09172298 - (R)

STATUS RE: DISMISSAL

NORMA AGUILAR, FEDERAL DEFENDERS, INC

AUSA: SHIREEN BECKER

GOVT'S ORAL MOTION TO DISMISS - GRANTED WITHOUT PREJUDICE
DFT ON BOND